**O. D. Stevens, Appellee, v. Charles Baltz and Otto Diederichs, trading as Baltz & Diederichs, Appellants.**

**Gen. No. 22,346.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed with finding of fact. Opinion filed October 9, 1917.

### Statement of the Case.

Action by O. D. Stevens, plaintiff, against Charles Baltz and Otto Diederichs, trading as Baltz & Diederichs, defendants, to recover a balance for goods sold and delivered. From a judgment for plaintiff for $983.53, defendants appeal.

GUY GUERNSEY and CHARLES W. LAMBORN, for appellants.

ISAAC LANDSBERG, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

## Abstract of the Decision.

1. ACCORD AND SATISFACTION, § 4*—*when acceptance of check constitutes.* Where a claim is unliquidated and the amount due is not ascertained and fixed, and a check is tendered indicating that it is to be in full of the account, the acceptance of such check by the creditor constitutes an accord and satisfaction.

2. ACCORD AND SATISFACTION, § 8*—*what weight given denial of creditor that check had words indicating full payment of indebtedness upon it at time received.* In an action to recover the alleged balance due on an account for goods sold and delivered, in which the defense was an accord and satisfaction by giving of a check, *held* that, under the facts in evidence, plaintiff's denial that the check had the words "in full payment of all demands up to date" upon it at the time he received and cashed it, was entitled to little credence.